

civilaction#

~~[illegible]~~

hebephrenia

RECEIVED
PRO SE
APR 18 2013
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY

case#
3B02199004

Civil Action
No. CCB-13-1168

NathanTaylor#2173951
B.C.D.C
401 E. Eager St
Baltimore, md. 21202




TO: Honorable Judge James K. Bredar
united States District Court
101 West Lombard Street
Baltimore, Md. 21201

Dear: Honorable Judge James K Bredar

This is Nathan curtis Taylor and I am writing to you requesting that you forwarded a copy of this letter I have sent to you to the united states department of Justice. civil rights division ASAP I am being treated unfairly for no reason here in the state of maryland since 1999 I have been being treated unfairly that is the God honest truth my (8th Amendment right to the united states constitution) is being violated right now 4-5-2013 Please help and respond back ASAP Thank you

Nathan Taylor

the inmates who are gang members here on R-section are mentally abusing me saying yelling to eachother, other gang-members that I am a (schlub) (hebephrenia) Hate crime victim 10-18-09 (schlub) A stupid worthless or unattractive person.
(Hate crime) Any of various crimes assault when motivated by hostility to the victim based on (color) (creed) (gender) or (sexual orientation)
I request that I be taken off Protective costudy ASAP and transferd to central bookings I have been on Protective costudy since 2-15-13 look at the history of my situation
NATHAN CURTIS TAYLOR DOB 1-7-1986

race Prejudice discrimination

look at the history Judge Bredar look at the remarks senator (David vitter) said the reason he wont vote for Thomas E. Perez

---

(Agent) Provocateur Provocative Agent. an Agent employed to induce or incite a Person into Commitan a incriminating act

---

I know what type of People we are dealing with Judge Bredar we are dealing with People who are stuck in a certain Position career that they cant leave the state got to stay in that certain career in that certain state that they are a citizen live in so they find the weakest link a Poor sometimes young citizen who dont have any money and try to ruin that Person life until they career is over with in law enforcement or any other Job in government a employee in a group of connive (misfeasance) in a government Job (scheme)

---

(securing our children against Prejudice) Brown vs Board of education. (intitule) 1964 civil rights act

---

The united states supreme court handed down the historic decision which declared Public school segregation to be (un-constitutional)

(P.I.R.G) Public interest research group
Pictures in the mind 1945
(IQ) intelligence quotient
(Psychological Techniques)
(mind games)(hebephrenia)

---

(recite)(harrumph)(harangue)
You (see)(Perceive)(Think) Then (react)

---

(free state) A state of the united states in which slavery was Prohibited before the civil war

---

(civil death)(euchre) deprive of Jennifer rectum 1999-2013 (gestapo)(gauleiter)

---

(Civil defense) 10-18-2009 Trayvon martin. Jennifer Schlub hebephrenia

---

(Civil liberty) 1999-10-18-2009-2013

---

(Civil rights) intitule 1-7-1986 1999-2013 in a democracy their is respect 4 la

Baltimore city Police (Parochial) looking for some attention from Washington, DC. (intrude) Baltimore City Police 1999-2013 (imprecate) 1-7-1986-1-7-1985-1999-2013 Violations of 8th and 13th Amendments to the united states Constitution (harkback) Hate crime victim 1999-2013 2nd Amendment to the united states Constitution 10-18-2009 civil action # 13-729 (G-man) A federal criminal investigation officer 44th President of USA (Kingsbench) A division in the ■ ENglish Superior Court system that

hears civil and criminal cases
President Thomas Jefferson
The declaration of independence

NATHAN THE PROPHET

President George washington
said it is impossible to rightly
govern the world without (God)
and the (BIBLE)

(in a democracy their is respect for
LAW) Jennifer (Amah) (harlotry)
1999-2013 (imprecate) money
10-18-09 Trayvon martin
(Jennifer | schlub) hebephrenia
(intrude) Baltimore city Police 1999-2013
(imprecate)

NATHAN CURTIS TAYLOR DOB 1-7-86

(Puff daddy) P-diddy (DJJ) DJS 1999-2013 targeted

III. **Statement of claim**

(Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

Puff daddy P-diddy rap hiphop superstar P-diddy Puff daddy DJ'J' D'J'S now ask yourself what you got against me is it my house? or is it the Bentley? [illegible] is it my women? or maybe its all three

IV. **Relief**

(State briefly what you want the Court to do for you.)

grant me my united states constitutional rights as any other citizen born in this Country

SIGNED THIS ______ day of, ____________________, ______.

______________________________
(original signature of plaintiff)

______________________________

______________________________

______________________________
(address of plaintiff)

(harkback) Hate crime victim 1999-2013
2nd Amendment to the united states
constitution 10-18-2009 civil action#
13-729 (Schlub) (hebephrenia)

Puff daddy P-diddy D'JJ D'J'S
department of Juvenile Justice
department of Juvenile services
(Psychological Techniques) 526 St Paul St
liverpool marvin Johnson

the inmates who are gang members
hereon R-section are mentally abusing
me saying yelling to other gang members
that I am (schlub) hebephrenia
Hate crime victim 10-18-2009 I been
on Protective costudy since 2-15-13
I feel that I should be transferd to
central bookings to stop this mental-
abuse by these gang members.